LADARIUS KAVEON TROTTER
12 COUNTY RD 50313
VOSSBURG, MS 39366

ELAN FINANCIAL SERVICE
CB DISPUTES
SAINT LOUIS, MO 63166

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

AFFIRM
443 IRVING DR
BURBANK, CA 91504

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438

JOVIAN TROTTER
12 COUNTY RD 50313
VOSSBURG, MS 39366

AMERICAN HONDA FINANCE
PO BOX 168128
IRVING, TX 75016

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

AMEX
P.O. BOX 981535
EL PASO, TX 79998

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

BLAIR LEASING
201 19TH ST
BIRMINGHAM, AL 35218

NAVY FCU
ATTN: BANKRUPTCY
P.O.BOX 3000
MERRIFIELD, VA 22119

CREDIT COLL
ATTN: BANKRUPTCY
725 CANTON STREET
NORWOOD, MA 02062

NAVY FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 3000
MERRIFIELD, VA 22199

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

SYNCHRONY
ATTN: BANKRUPTCY
P.O. BOX 965065,
ORLANDO, FL 32896