Certificate Number: 05781-MSS-DE-041054905

Bankruptcy Case Number: 26-50841



05781-MSS-DE-041054905

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2026, at 8:51 o'clock PM PDT, Ladarius Trotter completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   June 3, 2026                          By:      /s/Allison M Geving

                                              Name:   Allison M Geving

                                              Title:   President