# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50841        **Case Name:** Ladarius Kaveon Trotter

**Set:** 07/14/2026 01:30 pm   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter**   Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #16) - ORDER WITHDRAWING TO BE SUBMITTED BY WILSON

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) Wilson to submit an Order withdrawing the Trustee's Objection [16]. Order due by 07/28/2026. Confirmation hearing removed. (mcc)