United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 26-50841-KMS

Ladarius Kaveon Trotter                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                            User: mssbad                                    Page 1 of 3

Date Rcvd: Aug 04, 2026                      Form ID: n031                                 Total Noticed: 27

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ladarius Kaveon Trotter, 12 County Rd 50313, Vossburg, MS 39366-5438 |
| 5675567 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5675571 | + | Blair Leasing, 201 19th St, Birmingham, AL 35218-1550 |
| 5675577 | + | Jovian Trotter, 12 County Rd 50313, Vossburg, MS 39366-5438 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5683005 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 04 2026 19:57:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5678831 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 04 2026 19:55:58 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5675568 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 04 2026 19:57:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5675569 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 04 2026 19:57:00 | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 5675570 | + | Email/PDF: bncnotices@becket-lee.com | Aug 04 2026 19:56:03 | Amex, P.O. Box 981535, El Paso, TX 79998-1535 |
| 5693952 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 04 2026 19:55:55 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5675572 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 04 2026 19:57:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 5675573 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 04 2026 19:55:55 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5675574 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 04 2026 19:57:00 | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 5675576 | + | Email/Text: ebone.woods@usdoj.gov | Aug 04 2026 19:57:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5675575 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 04 2026 19:57:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5694128 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 04 2026 19:57:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5675578 | | Email/Text: customerservice.us@klarna.com | Aug 04 2026 19:57:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5700393 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2026 19:55:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
| Date Rcvd: Aug 04, 2026 | Form ID: n031 | Total Noticed: 27 |

| 5675579 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Aug 04 2026 19:57:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5675580 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 04 2026 19:57:00 | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 5675581 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 04 2026 19:57:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22116-3000 |
| 5682094 | | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 04 2026 19:57:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 5675582 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 04 2026 19:55:58 | Synchrony, Attn: Bankruptcy, P.O. Box 965065,, Orlando, FL 32896-5065 |
| 5675583 | | Email/Text: bankruptcycourt@towerloan.com | Aug 04 2026 19:57:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5683440 | + | Email/Text: bankruptcycourt@towerloan.com | Aug 04 2026 19:57:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5682711 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 04 2026 19:57:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5675584 | ^ | MEBN | Aug 04 2026 19:52:12 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5683376 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |

District/off: 0538-6                    User: mssbad                              Page 3 of 3
Date Rcvd: Aug 04, 2026                 Form ID: n031                             Total Noticed: 27

Thomas Carl Rollins, Jr
                        on behalf of Debtor Ladarius Kaveon Trotter trollins@therollinsfirm.com
                        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                        nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                        USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 4

Form n031–ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26–50841–KMS
**Chapter:** 13

**In re:**

Ladarius Kaveon Trotter
12 County Rd 50313
Vossburg, MS 39366

Notice of Entry of Order Confirming Plan

The Court entered an Order on August 4, 2026 (Dkt. # 22 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601–608–4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228–563–1790

Dated: August 4, 2026

Danny L. Miller, Clerk of Court